[No. 33370-4-I.   Division One.   July 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
PAUL SCHUMSKY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02055-1, Deborah Fleck, J., entered

August 2, 1993. *Dismissed* by unpublished per curiam opinion.